FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

AUG 27   10 34 AM '93

RALPH ... ICH.
BY _____ DEPUTY
AT _____ A, KS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY W. WINN, )
)
Plaintiff, )
)
v. ) CASE NO. 93-3340-DES
)
DANIEL PHILLIPS, )
)
Defendant. )
_____)

## MEMORANDUM AND ORDER

Plaintiff, proceeding pro se, has filed a motion to proceed in this action in forma pauperis pursuant to 28 U.S.C. § 1915. On August 16, 1993, the court permitted plaintiff to file this action without prepayment of fees or costs. The purpose of this order is to determine whether this matter should be dismissed as frivolous or malicious pursuant to 28 U.S.C. § 1915(d).

Under § 1915(d), the court may dismiss a complaint sua sponte where it clearly appears the action is premised on "a claim on an indisputably meritless legal theory," such as a "claim[] of infringement of a legal interest which clearly does not exist." Neitzke v. Williams, 490 U.S. 319, 327 (1989).

Here, plaintiff's claim against a retained attorney is not properly before the court in a civil rights action brought pursuant to 42 U.S.C. § 1983. In order to allege a cause of action under § 1983, a plaintiff must allege the deprivation of a right, privilege, or immunity secured by the Constitution or laws of the United States while the defendant was acting under color of state law. Hill v. Ibarra, 954 F.2d 1516 (10th Cir. 1992). Here, while plaintiff

AO 72A
(Rev. 8/82)

alleges a violation of a federal right, he has not identified any arguable basis which might suggest the defendant, retained counsel in a criminal action against plaintiff, was acting under color of state law. The fact the defendant is an attorney licensed in the State of Kansas does not establish he was acting under color of state law, and the court therefore finds that, while plaintiff may be able to pursue his claims in a malpractice action in state court, he has not alleged a sufficient basis to entitle him to proceed in forma pauperis in this action under 42 U.S.C. § 1983.

IT IS THEREFORE ORDERED the plaintiff is denied leave to proceed in forma pauperis and this matter is dismissed as frivolous.

DATED: This 27 day of August, 1993, at Topeka, Kansas.

/s/ DALE E SAFFELS

DALE E. SAFFELS
United States District Judge

DES:RL

2

AO 72A
(Rev. 8/82)