AO 450 (Rev. 5/85) Judgment in a Civil Case


FILED
AUG 27 1993
RALPH L. DeLOACH, Clerk
By _____ Deputy

# United States District Court
## FOR THE DISTRICT OF KANSAS

ANTHONY W. WINN,
        Plaintiff,

v.

DANIEL PHILLIPS,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 93-3340-DES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came ~~for a hearing~~ before the Court. ~~The issues have been tried or heard~~ and a decision has been rendered.

IT IS ORDERED AND ADJUDGED plaintiff is denied leave to proceed informa pauperis

and the matter is dismissed as frivolous.

ENTERED ON THE DOCKET: 8/27/93

August 27, 1993
Date

RALPH L. DeLOACH
Clerk

_(signature)_
(By) Deputy Clerk